UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Novalpina Capital Partners I GP S.R.L | Civil Action No. 1:23-mc-00025-PGG |

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3(d) of this Court, please take notice of the following attorney information change (s) for: Tara Jordan Plochocki

OLD FIRM:
**LEWIS BAACH KAUFMANN MIDDLEMISS PLLC**
405 Lexington Avenue, 64th Floor
New York, New York 10174
Tel: (212) 826-7001
tara.plochocki@lbkmlaw.com

NEW FIRM:
**SEQUOR LAW, P.A.**
650 Massachusetts Ave, NW
Suite 600
Washington, D.C. 20001
Tel. (202) 900-8740
tplochocki@sequorlaw.com

I will continue to be counsel of record on the above-entitled case at my new firm.

Dated: June 25, 2024

_____
Tara J. Plochocki (NY Bar 5359054)
**SEQUOR LAW, P.A.**
650 Massachusetts Ave, NW
Suite 600
Washington, D.C. 20001
Tel. (202) 900-8740
tplochocki@sequorlaw.com